# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| KARIM GOLDING, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:19-cv-01160-RDP-JHE |
| DHS/ICE, et al., | ) |
| Defendants. | ) |

## ORDER

On August 16, 2019, and again on September 20, 2019, the undersigned ordered the plaintiff to file an amended complaint within thirty days. (Docs. 8 & 10). When the plaintiff failed to do so, the undersigned entered a report and recommendation that this action be dismissed based on the plaintiff's failure to prosecute. (Doc. 12). The plaintiff failed to file timely objections to the report and recommendation, but did file an untimely amended complaint. (Doc. 13). Based on that amended complaint, the report and recommendation entered on October 29, 2019, is **WITHDRAWN**.

The Clerk is **DIRECTED** to **TERM** document 12.

DONE this 26th day of November, 2019.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE