UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **KARIM GOLDING,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 4:19-cv-01160-RDP-JHE |
| **DHS/ICE, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on June 1, 2020, recommending Plaintiff's claims against Defendant Gorelik be severed and transferred to the Eastern District of New York and that the remainder of Plaintiff's claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failing to state a claim upon which relief may be granted. (Doc. 15). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Magistrate Judge's Report is hereby **ADOPTED** and the Recommendation is **ACCEPTED**. Therefore, the court finds that Plaintiff's claims against Defendant Gorelik are due to be severed and transferred to the Eastern District of New York, and that the remainder of Plaintiff's claims are, consistent with 28 U.S.C. § 1915(e), due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this June 25, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE